UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: STEVEN WAYNE BONILLA

No. 2:23-cv-02589-TLN-KJN
No. 2:23-cv-02590-TLN-KJN
No. 2:23-cv-02591-TLN-KJN
No. 2:23-cv-02592-TLN-KJN
No. 2:23-cv-02593-TLN-KJN
No. 2:23-cv-02595-TLN-KJN
No. 2:23-cv-02596-TLN-KJN
No. 2:23-cv-02598-TLN-KJN
No. 2:23-cv-02599-TLN-KJN
No. 2:23-cv-02601-TLN-KJN

**ORDER**

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1   13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
2   the Court to open a new case for each attempted new case pleading and assign it to the
3   undersigned and Magistrate Judge Kendall J. Newman.  (*Id.* at ECF No. 26).  If the Court
4   determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case
5   will be ordered dismissed and closed.  (*Id.*)

6       The Court has reviewed the complaints/petitions filed in the above-captioned cases and
7   finds they are related to Plaintiff's Alameda County criminal conviction.

8       Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02589, 2:23-cv-02590, 2:23-
9   cv-02591, 2:23-cv-02592, 2:23-cv-02593, 2:23-cv-02595, 2:23-cv-02596, 2:23-cv-02598, 2:23-
10  cv-02599 and 2:23-cv-02601 are hereby DISMISSED.  The Clerk of the Court is directed to close
11  these cases.  No further filings will be accepted.

12      IT IS SO ORDERED.

13  
14     Dated:  December 14, 2023

15  
16                           Troy L. Nunley
17                           United States District Judge